# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02002-RPM
Criminal Case No. 01-cr-00395-RPM

UNITED STATES OF AMERICA,

   Plaintiff/Respondent,

vs.

JACK DOWELL,

   Defendant/Movant.

## ORDER

After preliminary consideration of the defendant/movant's motion to vacate, set aside or correct the sentence imposed by this court, it is now

ORDERED that United States Attorney on or before October 31, 2007, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 proceedings.

Dated: September 27th, 2007

            BY THE COURT:

            s/Richard P. Matsch
            _____
            Richard P. Matsch, Judge
            United States District Court for the District of Colorado