IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Criminal Case No. 01-cr-00395-RPM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JACK DOWELL,

    Defendant.
_____

## ORDER
_____

Upon review of the *pro se* pleadings filed in this action, it is apparent that the Defendant/Movant Jack Dowell should have representation and it is therefore

ORDERED that the Clerk of Court shall consult with the Criminal Justice Act Committee to obtain counsel.

DATED: December 21st, 2007

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior Judge

CERTIFICATE OF MAILING

I certify that on December 21, 2007, I mailed a copy of the foregoing Order to the following:

Jack Dowell
#05225-017
Federal Correctional Institution
2680 Highway 301 South
Jesup, Georgia 31599-5676

GREGORY C. LANGHAM, Clerk

s/ M. V. Wentz

By_____
     Deputy