**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-02002-RPM
Criminal Action No. 01-cr-00395-RPM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JACK DOWELL,

    Defendant/Movant.

---

**ORDER DENYING CERTIFICATE OF APPEALABILITY**

---

Matsch, Senior Judge

    Movant has filed a notice of appeal from this court's final order denying his motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct his sentence. The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Movant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

    ORDERED that a certificate of appealability will not be issued.

    DATED at Denver, Colorado this 18th day of March, 2010.

                                         BY THE COURT:

                                         s/Richard P. Matsch
                                         _____
                                         SENIOR JUDGE, UNITED STATES DISTRICT
                                         COURT FOR THE DISTRICT OF COLORADO