IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Criminal Action No. 01-cr-00395-RPM
07-cv-02002-RPM

UNTIED STATES OF AMERICA,

    Plaintiff,

v.

3. JACK DOWELL,

    Defendant.

---

## ORDER STRIKING PLEADINGS
---

    Pursuant to the USCA's Order Denying Certificate of Appealability, entered July 21, 2010 [630], dismissing the defendant's appeal, it is

    ORDERED that Defendant's Motion to Amend or Vacate Judgment, filed May 4, 2011 [633], and Motion to Disqualify Judge Richard P. Matsch, filed May 4, 2011 [634] are stricken because this civil action is closed.

    DATED: May 4TH, 2011

                                                 BY THE COURT:

                                                 s/Richard P. Matsch
                                                 _____
                                                 Richard P. Matsch, Senior District Judge