**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-02002-RPM
Criminal Action No. 01-cr-00395-RPM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JACK DOWELL,

      Defendant/Movant.

---

## ORDER DENYING CERTIFICATE OF APPEALABILITY

---

Matsch, Senior Judge

      Movant has filed a notice of appeal from this court's final order denying his motion

pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct his sentence.  The court has

reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c)

should not be issued because Movant has not made a substantial showing of the denial of a

constitutional right.  Accordingly, it is

      ORDERED that a certificate of appealability will not be issued.

      DATED at Denver, Colorado this 25th day of May, 2011.


                        BY THE COURT:


                        s/Richard P. Matsch

                        _____
                        SENIOR JUDGE, UNITED STATES DISTRICT
                        COURT FOR THE DISTRICT OF COLORADO