IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02002-RPM
Criminal Action No. 01-cr-00395-RPM-3

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JACK DOWELL,

      Defendant.

_____

### ORDER DENYING MOTION FOR CLARIFICATION OF ORDER
_____

Upon consideration of the Motion for Clarification of Order, filed by defendant Jack Dowell on August 21, 2013 [661], it is

ORDERED that the motion is denied.

DATED: August 26th, 2013

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge