IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02002-RPM
Criminal Action No. 01-cr-00395-RPM-3

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JACK DOWELL,

    Defendant.

_____

ORDER DENYING MOTION FOR RELIEF PURSUANT TO RULE 60(b)(4)
_____

On June 24, 2014, Jack Dowell filed a Motion for Relief from a Void Judgement Pursuant to Federal Rules of Civil Procedure Rule 60(b)(4). [Doc. 674]. On April 8, 2014, the Tenth Circuit Court of Appeals entered an Order Denying Certificate of Appealability. That order resolved the issues that Jack Dowell now seeks to raise in this new motion. Therefore, it is

ORDERED that the motion is denied.

DATED: July 7th, 2014

                                          BY THE COURT:

                                          s/Richard P. Matsch

                                          _____
                                          Richard P. Matsch, Senior District Judge